IN THE UNITED STATES DISTRICT COURT
DISTRICRT OF SOUTH CAROLINA
FLORENCE DIVISION

| UNITED STATES OF AMERICA | ) | Criminal Case No.: 4:21CR552-SAL |
|---|---|---|
| | ) | |
| v. | ) | |
| Leroy Junior Cunningham aka Black aka Chris | ) | |

The Defendant, __Leroy Junior Cunningham__ (L.C), having withdrawn his/her plea of Not Guilty entered __September 9, 2021__, pleads <u>GUILTY</u> to Count(s) __One (1)__ of the Indictment after arraignment in open court.

_____
(Signed) Defendant

Date: 12/1/21
Florence, South Carolina